IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **JOSEPH WILSON** | ) | |
| | ) | |
| **v.** | ) | NO. 3:08-0980 |
| | ) | Judge Echols |
| **FLOURNOY PROPERTIES, LLC.** | ) | |

### O R D E R

Pursuant to the Joint Stipulation of Dismissal (Docket Entry No. 23) filed by the parties, this action is hereby DISMISSED with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

*/s/ Robert L. Echols*
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE